IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **TEXAS SERIES OF LOCKTON COMPANIES, LLC AND LOCKTON PARTNERS, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KAREY R. VAUGHT, et al.,**<br><br>Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>**TIMOTHY F. KELLY, et al.,**<br><br>Third-Party Defendants. | Case No. 16-01287-CV-W-GAF |

## THIRD JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's May 1, 2018 Order (Doc. 86) the parties provide the following Third Joint Settlement Status Report:

As of May 10, 2018, the parties have a fully executed settlement agreement. However, there is a seven day revocation period for certain signatories over the age of 40, which runs through May 17, 2018. If there are no revocations during that period, the parties anticipate filing a stipulation of dismissal on or before May 25, 2018. The parties respectfully request the Court set May 25 as their next deadline.

<div style="display: flex;">

<div>
Jointly submitted,
</div>
</div>

| | |
|---|---|
| /s/ Emma E. Schuering (with permission) | /s/ Kyle A. Kitson |
| Eric E. Packel #44632 | Anthony J. Romano #36919 |
| James C. Sullivan #38318 | Kyle A. Kitson, #66008 |
| Emma E. Schuering #65169 | LITTLER MENDELSON, P.C. |
| Henry J. Thomas #66279 | 1201 Walnut, Suite 1450 |
| POLSINELLI PC | Kansas City, MO 64106 |
| 900 W. 48th Pl., Suite 900 | Telephone: 816.627.4400 |
| Kansas City, MO 64112 | Facsimile: 816.627.4444 |
| epackel@polsinelli.com | aromano@littler.com |
| jsullivan@polsinelli.com | kkitson@littler.com |
| eschuering@polsinelli.com | |
| hthomas@polsinelli.com | |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, the above and foregoing was filed using the Court's efiling system, which will notify the following counsel of record:

Eric E. Packel
James C. Sullivan
Emma E. Schuering
Henry J. Thomas
POLSINELLI PC
900 W. 48th Pl., Suite 900
Kansas City, MO 64112
epackel@polsinelli.com
jsullivan@polsinelli.com
eschuering@polsinelli.com
hthomas@polsinelli.com

ATTORNEYS FOR PLAINTIFFS

/s/ Kyle A. Kitson
ATTORNEY FOR DEFENDANTS